**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| **MASTER LOCK COMPANY LLC**<br><br>Plaintiff,<br><br>v.<br><br>**TOLEDO & CO., INC.**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:13-CV-01658 |

**PLAINTIFF MASTER LOCK COMPANY LLC'S ANSWER TO DEFENDANT TOLEDO & CO., INC.'S COUNTERCLAIMS AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Master Lock Company LLC ("Master Lock"), by and through its attorneys, submits its answers to the counterclaims and affirmative defenses filed by Defendant Toledo & Co., Inc. ("Toledo") in its Answer, Defenses and Counterclaims to Plaintiff's Amended Complaint for Patent Infringement ("Answer" or "Counterclaims"), as filed on December 30, 2013.

**RESPONSE TO AFFIRMATIVE DEFENSES**

1. Master Lock denies the allegations of Paragraph 1.

2. Master Lock denies the allegations of Paragraph 2.

3. Master Lock denies the allegations of Paragraph 3.

4. Master Lock denies the allegations of Paragraph 4.

5. Master Lock denies the allegations of Paragraph 5.

6. Master Lock denies the allegations of Paragraph 6.

7. Master Lock denies the allegations of Paragraph 7.

8. Master Lock denies the allegations of Paragraph 8.

9. Master Lock denies the allegations of Paragraph 9.

10. Master Lock denies the allegations of Paragraph 10.

11. Master Lock denies the allegations of Paragraph 11.

12. Master Lock denies the allegations of Paragraph 12.

13. Master Lock denies the allegations of Paragraph 13.

14. Master Lock denies the allegations of Paragraph 14.

15. Master Lock denies the allegations of Paragraph 15.

16. Master Lock denies the allegations of Paragraph 16.

17. Master Lock denies the allegations of Paragraph 17.

18. Master Lock denies the allegations of Paragraph 18.

## RESPONSE TO COUNTERCLAIMS

## THE PARTIES

1. Master Lock is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies the same.

2. Master Lock admits the allegations of Paragraph 2.

3. Master Lock denies the allegations of Paragraph 3.

## JURISDICTION AND VENUE

4. Paragraph 4 states conclusions of law as opposed to allegations of fact, and as such no answer is required or given. To the extent Paragraph 4 contains allegations of fact, Master Lock admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) for claims arising under the patent laws of the United States. Master Lock denies any remaining allegations in Paragraph 4.

5. Master Lock admits that it filed its Complaint in this District. While Master Lock does not contest this Court's exercise of personal jurisdiction for the purposes of this action only, the remaining allegations of Paragraph 5 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

6. Master Lock does not contest that venue is proper in this District pursuant to 28 U.S.C. §§ 1391. Master Lock denies all remaining allegations in Paragraph 6.

## COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '085 PATENT

6. [1]Master Lock's responses to Paragraphs 1-6 above are incorporated by reference as if stated fully herein.

7. Master Lock admits that its Complaint avers that Toledo has infringed the '085 Patent. The remaining allegations of Paragraph 7 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

8. Master Lock denies the allegations of Paragraph 8.

## COUNTERCLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF THE '085 PATENT

[1] There are two paragraphs erroneously labeled no. 6 in Toledo's Counterclaims.

9. Master Lock's responses to Paragraphs 1-8 above are incorporated by reference as if stated fully herein.

10. Master Lock admits that its Complaint avers that Toledo has infringed the '085 Patent. The remaining allegations of Paragraph 10 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

11. Master Lock denies the allegations of Paragraph 11.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '843 PATENT**

12. Master Lock's responses to Paragraphs 1-11 above are incorporated by reference as if stated fully herein.

13. Master Lock admits that its Complaint avers that Toledo has infringed the '843 Patent. The remaining allegations of Paragraph 13 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

14. Master Lock denies the allegations of Paragraph 14.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF THE '843 PATENT**

15. Master Lock's responses to Paragraphs 1-14 above are incorporated by reference as if stated fully herein.

16. Master Lock admits that its Complaint avers that Toledo has infringed the '843 Patent. The remaining allegations of Paragraph 16 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

17. Master Lock denies the allegations of Paragraph 17.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ‘917 PATENT**

18. Master Lock’s responses to Paragraphs 1-17 above are incorporated by reference as if stated fully herein.

19. Master Lock admits that its Complaint avers that Toledo has infringed the ‘917 Patent. The remaining allegations of Paragraph 19 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

20. Master Lock denies the allegations of Paragraph 20.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF THE ‘917 PATENT**

21. Master Lock’s responses to Paragraphs 1-20 above are incorporated by reference as if stated fully herein.

22. Master Lock admits that its Complaint avers that Toledo has infringed the ‘917 Patent. The remaining allegations of Paragraph 22 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

23. Master Lock denies the allegations of Paragraph 23.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ‘351 PATENT**

24. Master Lock’s responses to Paragraphs 1-23 above are incorporated by reference as if stated fully herein.

25. Master Lock admits that its Complaint avers that Toledo has infringed the '351 Patent. The remaining allegations of Paragraph 25 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

26. Master Lock denies the allegations of Paragraph 26.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF THE '351 PATENT**

27. Master Lock's responses to Paragraphs 1-26 above are incorporated by reference as if stated fully herein.

28. Master Lock admits that its Complaint avers that Toledo has infringed the '351 Patent. The remaining allegations of Paragraph 28 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

29. Master Lock denies the allegations of Paragraph 29.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE '783 PATENT**

30. Master Lock's responses to Paragraphs 1-29 above are incorporated by reference as if stated fully herein.

31. Master Lock admits that its Complaint avers that Toledo has infringed the '783 Patent. The remaining allegations of Paragraph 31 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

32. Master Lock denies the allegations of Paragraph 32.

**COUNTERCLAIM FOR DECLARATORY JUDGMENT OF INVALIDITY OF THE '783 PATENT**

33. Master Lock's responses to Paragraphs 1-32 above are incorporated by reference as if stated fully herein.

34. Master Lock admits that its Complaint avers that Toledo has infringed the '783 Patent. The remaining allegations of Paragraph 34 are legal conclusions for which no answer is required or given and therefore Master Lock denies the same.

35. Master Lock denies the allegations of Paragraph 35.

## RESPONSE TO PRAYER FOR RELIEF

Toledo's Prayer For Relief requires no answer. To the extent that an answer is required, Master Lock denies the allegations in the Prayer For Relief and denies that Toledo is entitled to any relief, including any declaration, injunction, costs, disbursements, attorneys' fees, expenses, or any other relief of any kind, including, without limitation, Subparagraphs A through G of Toledo's Prayer For Relief.

## GENERAL DENIAL

Master Lock denies each and every allegation in Toledo's Answer, Defenses and Counterclaims to which Master Lock has not specifically responded and expressly admitted, including any allegations that may be implied by or inferred from the headings of the same.

## AFFIRMATIVE DEFENSE

Toledo's counterclaims fail to state a claim upon which relief can be granted. Toledo's counterclaims do not meet the pleading requirements of the Federal Rules of Civil Procedure. The counterclaims fail to properly allege noninfringement and invalidity.

Respectfully submitted in San Juan, Puerto Rico this 16th day of January 2014.

**MASTER LOCK COMPANY LLC**

FIDDLER, GONZALEZ & RODRIGUEZ, PSC
P.O. Box 363507
San Juan, P.R. 00936-3507
Tel. 787.759.3162
Fax 787.759.3123

***/s/ Diego A. Ramos***
Diego A. Ramos (Bar No. 127513)
Email: dramos@fgrlaw.com

***/s/ Luz C. Molinelli-González***
Luz C. Molinelli González (Bar No. 229312)
Email: lmolinelli@fgrlaw.com

**John S. Cipolla** (Ohio Bar No. 0043614)
**Mark W. McDougall** (Ohio Bar No. 0080698)
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
Tel. 216.622.8200
Fax 216.241.0816
Email jcipolla@calfee.com
Email mmcdougall@calfee.com
(Pro Hac Vice)

***Attorneys for Plaintiff Master Lock Company LLC***

## CERTIFICATE OF SERVICE

I CERTIFY that on this 16th day of January 2014, I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send an automatic electronic notification of such filing to all counsel of record.

*/s/ Diego A. Ramos*
Signature of Local Counsel

*/s/ Luz C. Molinelli-González*
Signature of Local Counsel