**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| **MASTER LOCK COMPANY LLC** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL NO.: 3:13-CV-01658 |
| | : | |
| v. | : | JUDGE PEDRO A. DELGADO- |
| | : | HERNÁNDEZ |
| **TOLEDO & CO., INC.** | : | |
| | : | |
| **Defendant.** | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the terms of a confidential Settlement Agreement entered into by the parties, Plaintiff Master Lock Company LLC ("Master Lock") and Defendant Toledo & Co., Inc. ("Toledo") hereby stipulate that all claims, defenses, counterclaims and cross-claims, asserted or unasserted, as between Master Lock and Toledo in the above action be dismissed with prejudice, without costs or disbursements, and that the Court shall retain jurisdiction of this case and the Settlement Agreement and any disputes related to the enforcement or interpretation of the Settlement Agreement. The Settlement Agreement is incorporated by reference in full in this Stipulation. The parties further stipulate that an order to that effect may be entered without further notice or action.

A proposed Order is included as Section II of this Stipulation.

Respectfully submitted,

This 25th day of March 2015.

By: */s/ Tomás A. Román Santos*
*Attorneys for Master Lock Company LLC*

John S. Cipolla (Ohio Bar No. 0043614)
Tracy S. Johnson (Ohio Bar No. 0064579)
Mark W. McDougall (Ohio Bar No. 0080698)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
Tel. 216.622.8200
Fax 216.241.0816
Email jcipolla@calfee.com
Email tjohnson@calfee.com
Email mmcdougall@calfee.com

Tomás A. Román-Santos
(USDC-PR No. 219806)
FIDDLER, GONZALEZ & RODRIGUEZ, PSC
P. O. Box 363507
San Juan, P. R. 00936-3507
Tel. 787-759-3162
Fax 787-759-3123
Email taroman@fgrlaw.com

By: */s/ Víctor M. Rodríguez Reyes*
*Attorneys for Toledo & Co., Inc.*

FERRAIUOLI LLC
221 Plaza, 4th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Tel.: (787) 766-7000
Fax: (787) 766-7001

Eugenio J. Torres-Oyola
USDC No. 215505
etorres@ferraiuoli.com

Cristina Arenas Solís
USDC-PR No.223511
carenas@ferraiuoli.com

Víctor M. Rodríguez Reyes
USDC-PR No. 228510
vrodriguezreyes@ferraiuoli.com

## II. ORDER

Pursuant to the terms of a confidential Settlement Agreement between Master Lock and Toledo, this case is hereby dismissed with prejudice. However, this Court shall retain jurisdiction over the action and the Settlement Agreement, including without limitation, any disputes related to the enforcement or interpretation of this Settlement Agreement. The Settlement Agreement is incorporated by reference in full in this Order.

**IT IS SO ORDERED.**

Dated this _____ day of March 2015.

_____
The Honorable Pedro A. Delgado-Hernández
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25th, 2015 a copy of the foregoing Stipulation of Dismissal was filed electronically with the Court and served by electronic means on all counsel having made an appearance in the matter.

/s/ Tomás A. Román Santos
TOMÁS A. ROMÁN-SANTOS
USDC-PR 219806